**\*\* Note Changes Made by the Court. \*\***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BARJA INC., a California corporation, and FRY'S 710 FREEWAY INVESTMENT INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. CV 10-06936 ODW (PLAx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Complaint Filed: August 10, 2010<br><br>Date: June 20, 2011<br>Time: 1:30 p.m.<br>Courtroom: 11<br>District Judge: Otis D. Wright, II<br>Magistrate Judge: Paul L. Abrams<br>Trial Date: August 9, 2011<br>Final Pretrial Conference: July 18, 2011 |

Defendant Equilon Enterprises LLC, dba Shell Oil Products US's ("Equilon") Motion for Summary Judgment, Partial Summary Judgment, or, in the Alternative, Determination of Facts Without Controversy, as to Each Plaintiff came on regularly for hearing at 1:30 p.m. on June 20, 2011 in Courtroom 11 of this Court, the Honorable Otis D. Wright II, presiding. Upon full consideration of all the papers submitted in support of and in opposition to the motion, the evidence presented by the parties, the issues having been duly heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of Defendant Equilon Enterprises LLC, that Plaintiffs Barja Inc. and Fry's 710 Freeway Investment Inc. take nothing, and that the action be dismissed on the merits.

Dated: July 7, 2011

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE